**Calvin PRESSLEY, Petitioner–Appellant,**

v.

**Thomas CORCORAN, Warden; Joseph Curran, Attorney General; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 00–7264.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Calvin Pressley, pro se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Calvin Pressley appeals the district court's order denying relief on his petition

filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Pressley v. Corcoran,* No. CA–00–2378–L (D.Md. filed Aug. 11; entered Aug. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*